ROANNE L. MANN  
UNITED STATES MAGISTRATE JUDGE

DATE: Nov. 24, 2014  
START: 11:45 a.m.  
END: Noon

DOCKET NO: 14-CV-4791 (FB)

CASE: Cedant v. City of New York, et al.

- ☑ INITIAL CONFERENCE
- ☐ DISCOVERY CONFERENCE
- ☐ SETTLEMENT CONFERENCE
- ☐ MOTION HEARING
- ☐ OTHER/ORDER TO SHOW CAUSE
- ☐ FINAL/PRETRIAL CONFERENCE
- ☐ TELEPHONE CONFERENCE
- ☐ INFANT COMPROMISE HEARING

**PLAINTIFF** — ATTORNEY: Gabriel Harvis

**DEFENDANT** — ATTORNEY: Ben Kuruvilla

☑ FACT DISCOVERY TO BE COMPLETED BY May 22, 2015  
☑ NEXT (settlement) CONFERENCE SCHEDULED FOR Feb. 20, 2015 - 2:00pm  
~~☐ JOINT PRE-TRIAL ORDER TO BE FILED VIA ECF BY~~  
☐ PL. TO SERVE DEF. BY: _____   DEF. TO SERVE PL. BY: _____

RULINGS: PLEASE TYPE THE FOLLOWING ON DOCKET SHEET

Automatic disclosures have been exchanged.

Pleadings may be amended and new parties added until January 8, 2015.

Plaintiff's medical expert disclosures shall be served by April 20, 2015; defendants' are due by May 22, 2015.

The scheduling of expert depositions and requests for a premotion conference is deferred.