

ZACHARY W. CARTER
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**Ben Kuruvilla**
*Special Federal Litigation*
(212) 356-3513
(212) 788-9776 (fax)
bkuruvil@law.nyc.gov

September 21, 2015

**Via ECF**
Hon. Frederic Block
United States District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    Caleb Cedant v. The City of New York, et al.,
                14-cv-4791 (FB)(RLM)

Dear Judge Block:

      I am a senior counsel in the New York City Law Department, attorney for the defendants in the above referenced matter. This matter has settled. Please find enclosed an executed stipulation and order of dismissal, which is being submitted for the Court's endorsement.

      I thank the Court for its time and attention to this matter.

                                                Respectfully submitted,

                                                /s/ Ben Kuruvilla

                                                Ben Kuruvilla

cc:    Gabriel Harvis, Esq. (ECF)
         *Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X

CALEB CEDANT,

                                    Plaintiff,

                -against-

THE CITY OF NEW YORK, JOHN PALASTRO, STEVE A.
RICHARDS, ELVIS ALCIVAR, ROMAN VILNYHANKSIY,
TIMOTHY GLENT, KARL PATTELLI and MARTIN
CUNNINGHAM,

                                   Defendants.
------------------------------------------------------------------------X

**STIPULATION AND ORDER OF DISMISSAL**

14-cv-4791 (FB) (RLM)

        **WHEREAS,** the parties have reached a settlement agreement and now desire to resolve the remaining issues raised in this litigation, without further proceedings and without admitting any fault or liability;

        **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, that

        1.     The above-referenced action is hereby dismissed with prejudice; and

2. Notwithstanding the dismissal of this action in accordance with this agreement, the District Court shall continue to maintain jurisdiction over this action for the purpose of enforcing the terms of the settlement agreement reached between the parties and set forth in the Stipulation of Settlement executed by the parties in this matter.

Dated: New York, New York
_____, 2015

HARVIS, WRIGHT & FETT, LLP
*Attorneys for Plaintiff*
305 Broadway, 14th Floor
Brooklyn, NY 10007
2121-323-6880

By: _____
Gabriel P. Harvis
*Attorney for Plaintiff*

ZACHARY W. CARTER
Corporation Counsel of the
  City of New York
*Attorney for Defendants City, Palastro, Richards, Pattelli, Cunningham, Alcivar, Vihryanksiy and Glent*
100 Church Street, 3rd Floor
New York, New York 10007

By: _____
Ben N. Kuruvilla
*Senior Counsel*

SO ORDERED:

_____
HON. FREDERIC BLOCK
UNITED STATES DISTRICT JUDGE

Dated: _____, 2015

2